Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*August 10, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO.: **4:22-cr-388** |
| v. | § § § | 18 U.S.C. § 1343 |
| JOHNIETHON M. GRIGSBY, | § § § § | Wire Fraud (Count 1) |
| Defendant. | § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(18 U.S.C. § 1343)

1.  On or about April 8, 2021, in the Southern District of Texas and elsewhere, the defendant,

**JOHNIETHON M. GRIGSBY,**

did knowingly devise and intend to devise a scheme and artifice to defraud the Small Business Administration, an executive branch agency of the United States Government, by means of materially false and fraudulent pretenses and representations, namely by causing Capital Plus Financial, LLC to disburse monetary funds via SBA Loan # 9653908608 to Community Resource Credit Union account ending in x8235, controlled by JOHNIETHON M. GRIGSBY, and to be reimbursed by the Small Business Administration, through a series of false and fraudulent statements, namely that he owned and operated the business "Munchies on the Run" when in fact

no such business existed, and by submitting false and fraudulent documents to obtain the monies, all of which were transmitted via wire transaction between JOHNIETHON M. GRIGSBY, on-line lending service Blueacorn, and the Small Business Administration located, respectively, in Houston, Texas, Scottsdale, Arizona, and Little Rock, Arkansas, in interstate commerce in furtherance of executing the scheme.

All in violation of Title 18, United States Code, Section 1343.

## NOTICE OF CRIMINAL FORFEITURE

**(18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C))**

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States gives notice that upon Defendant's conviction of any wire fraud offense charged in this Indictment, the United States will seek forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of wire fraud offenses charged in this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist,

the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

A TRUE BILL

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney
Southern District of Texas

By: *Thomas H. Carter*

THOMAS H. CARTER
Assistant United States Attorney
Southern District of Texas